FILED
DEC 13 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>v.<br><br>RAFAEL OSUNA TELLO,<br><br>                        Defendant. | Case No.: 16CR2468-CAB<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS and JUDGMENT |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information against Defendant RAFAEL OSUNA TELLO be dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 13, 2016.

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE